No. 87–7056.  CUERO-FLORES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 87–7057.  JACKSON *v.* DOUGLAS ET AL.  C. A. 10th Cir. Certiorari denied.

No. 87–7058.  JOHNSON *v.* CHRANS, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–7059.  BARCUME *v.* BARCUME, NKA HAGER (two cases). Sup. Ct. Haw.  Certiorari denied.

No. 87–7060.  HUNTER *v.* CAMPBELL ET AL.  C. A. 11th Cir. Certiorari denied.

No. 87–7061.  FORBES ET UX. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir.  Certiorari denied.

No. 87–7062.  GULLEY *v.* UNITED STATES POSTAL SERVICE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–7063.  BROWN *v.* MISSOURI BOARD OF PROBATION AND PAROLE ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 87–7066.  SMITH *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 87–7067.  WALKER *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 87–7068.  GRANT ET AL. *v.* SILVA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 87–7069.  BOROM *v.* LACY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 87–7070.  GAMBLE *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 87–7071.  CLEMONS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 87–7072.  BRADFORD *v.* LOUISIANA.  Ct. App. La., 3d Cir. Certiorari denied.